**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| MONY LIFE INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:16-cv-00134-O-BP |
| BETH ANN SWEET and MADISON LYNN SWEET, | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate's recommendation is ripe for review. The Court has reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Dismiss Counterclaims of Beth Sweet Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 8) is hereby **DENIED** without prejudice as moot.

**SO ORDERED** on this **24th** of **March, 2017.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE